893 P.2d 201

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| State v. Kamaka | 15851 | 2/15/95 | Vacated and Remanded |
| State v. Avilla | 16129 | 2/15/95 | Affirmed |
| State v. Najibi | 16307 | 2/17/95 | Affirmed, Vacated, and Remanded |
| State v. Pooler | 17890, 17891 | 2/28/95 | Reversed and Remanded (as to No. 17891) Affirmed (as to No. 17890) |
| Miller v. Mikami | 15919 | 2/28/95 | Vacated and Remanded |